IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED
05 APR 19 PM 5: 16

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
VS. )  CR. NO. 04-20456-01-B
)
Sylvia Johnson, )
)
    Defendant. )

## ORDER ON CHANGE OF PLEA
## AND SETTING

    This cause came to be heard on April 19, 2005, the United States Attorney for this district, Rae Oliver, appearing for the Government and the defendant, Sylvia Johnson, appearing in person and with counsel, Eugene Laurenzi, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **THURSDAY, JULY 21, 2005,** at 1:30 P.M., in Courtroom No. 1, on the 11th floor before Judge J. Daniel Breen.

    Defendant is allowed to remain released on present bond.

    **ENTERED** this the 19th day of April, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 54 in case 2:04-CR-20456 was distributed by fax, mail, or direct printing on April 20, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT