# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _99_ D.C.

05 DEC -1 PM 4:42

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. __Sylvia Johnson__    Docket No. __2:04CR20456-01__

### Petition on Probation and Supervised Release

**COMES NOW** _Edward E. Shaw_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Sylvia Johnson_, who was placed on supervision by the Honorable _J. Daniel Breen_ sitting in the Court at _Memphis, TN_ on the _21st_ day of _July, 2005_, who fixed the period of supervision at _two (2) years_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall participate in the Home Detention Program for a period of six (6) months.
2. The defendant shall participate in substance abuse testing/treatment as directed by the Probation Officer.
3. The defendant shall make full financial disclosure as requested by the Probation Officer.
4. The defendant shall not acquire any new financial obligations without permission of the Probation Officer.
5. The defendant shall cooperate with DNA collection as directed by the Probation Officer.
6. Third Party Risk notification is required.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**The defendant shall participate in the Home Detention Program for a period of six (6) months.**

When Probation began, the defendant claimed a lack of stable residence, and asked to serve the for Home Detention time in a halfway house. The Probation Officer gave the defendant time to obtain a stable residence, but after many weeks, the defendant was still unemployed and not making any progress. She then agreed with her mother's consent to begin Home Detention at her mother's home. On October 20, 2005, the defendant reported to the office, received her schedule and electronic monitoring equipment, and was instructed to meet this officer that afternoon at the residence for installation of the equipment. However, the defendant failed to meet this officer at her residence that day, and for almost three weeks she failed to respond to reporting instructions or turn in the monitoring equipment. When the defendant finally reported, she indicated having a conflict with her mother, asked for another chance, and requested and agreed to do her time in the halfway house. Due to her need for a stable residence, to satisfy the sentence, and also in response to the violation conduct, the following action is requested.

**PRAYING THAT THE COURT WILL ORDER** that the Special Condition requiring six (6) months of Home Confinement be removed, and in its place impose an additional Special Condition which states: "The defendant shall serve six (6) months in a halfway house or community correction center as directed by the Probation Officer." Please see the attached Probation Form 49/Waiver of Hearing to Modify Conditions.

**ORDER OF COURT**

Considered and ordered this _1st_ day of _December_ 2005 and ordered filed and made a part of the records in the above case.

_/s/ J. Daniel Breen_
Honorable J. Daniel Breen
United States District Judge

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-2-05_

Respectfully
_/s/ Edward E. Shaw_
Edward E. Shaw
United States Probation Officer

Place: _Memphis, TN_

Date: _November 28, 2005_

# United States District Court

<u>Western</u> **District of** <u>Tennessee</u>

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

> The original conditions of Probation are modified by removing the Special Condition requiring six (6) months of Home Confinement, and in its place imposing an additional Special Condition which states:
>
> > The defendant shall serve six (6) months in a halfway house or community correction center as directed by the Probation Officer.

Witness: _____
Edward E. Shaw
U.S. Probation Officer
Western District of Tennessee

Signed: _____
Sylvia Johnson
Probationer/Supervised Releasee

11/9/05
Date

RSW 11-9-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 68 in case 2:04-CR-20456 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Edwin A. Perry
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Eugene A. Laurenzi
GODWIN MORRIS LAURENZI & BLOOMFIELD, P.C.
50 N. Front St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT